UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ALLIED DRYWALL MATERIALS AND § Case No. 10-15123
MANAGE §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/14/2012 in Courtroom 4016,
DuPage County Courthouse
505 North County Farm Road
Wheaton, IL  60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
§
ALLIED DRYWALL MATERIALS AND § Case No. 10-15123
MANAGE §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 308,125.93 |
| and approved disbursements of | $ | 41,013.10 |
| leaving a balance on hand of[1] | $ | 267,112.83 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000014 | Insulation Distributors Inc | $ 3,575.52 | $ 3,575.52 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 267,112.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 18,656.30 | $ 0.00 | $ 18,656.30 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 10,548.00 | $ 0.00 | $ 10,548.00 |
| Attorney for Trustee Expenses: SPRINGER, BROWN, COVEY, GAERTNER | $ 702.03 | $ 0.00 | $ 702.03 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 4,102.60 | $ 0.00 | $ 4,102.60 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 56.53 | $ 0.00 | $ 56.53 |

Total to be paid for chapter 7 administrative expenses      $      34,065.46

Remaining Balance      $      233,047.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 39,191.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007A | Illinois Department of Employment Security | $ 160.00 | $ 0.00 | $ 160.00 |
| 000007B | Illinois Department of Employment Security | $ 11,241.46 | $ 0.00 | $ 11,241.46 |
| 000016 | Diane Vasak | $ 5,731.20 | $ 0.00 | $ 5,731.20 |
| 000019 | Department of the Treasury | $ 0.00 | $ 0.00 | $ 0.00 |
| 000023 | Mark Rosandich | $ 8,350.00 | $ 0.00 | $ 8,350.00 |
| 000027 | Jeffrey White | $ 10,500.00 | $ 0.00 | $ 10,500.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 1,524.03 | $ 0.00 | $ 1,524.03 |
| AUTO | United States Treasury | $ 1.47 | $ 0.00 | $ 1.47 |
| AUTO | INTERNAL REVENUE SERVICE | $ 356.43 | $ 0.00 | $ 356.43 |
| AUTO | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | $ 1,327.38 | $ 0.00 | $ 1,327.38 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

|  | Total to be paid to priority creditors | $ | 39,191.97 |
|---|---|---|---|
|  | Remaining Balance | $ | 193,855.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,616,091.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Georgia Pacific Gypsum LLC | $ 239,778.85 | $ 0.00 | $ 12,854.33 |
| 000003 | Primesource Bldg Products Inc | $ 8,663.32 | $ 0.00 | $ 464.43 |
| 000004 | Vipoe Inc | $ 8,193.04 | $ 0.00 | $ 439.22 |
| 000005 | Katten Muchin Rosenman LLP | $ 8,246.62 | $ 0.00 | $ 442.09 |
| 000006 | Commonwealth Edison Co | $ 2,528.44 | $ 0.00 | $ 135.55 |
| 000008 | Suburban Teamsters of Northern | $ 1,015,568.00 | $ 0.00 | $ 54,443.69 |
| 000009 | Olympic Signs | $ 11,780.00 | $ 0.00 | $ 631.52 |
| 000010 | Oswego Building Supply | $ 3,260.32 | $ 0.00 | $ 174.78 |
| 000011 | Runnion Equipment Co. | $ 1,146.15 | $ 0.00 | $ 61.44 |
| 000012 | Contractors Adj. Co. | $ 4,723.00 | $ 0.00 | $ 253.20 |
| 000015 | Village of Lombard | $ 2,200.00 | $ 0.00 | $ 117.94 |
| 000017 | Globalcom | $ 2,438.99 | $ 0.00 | $ 130.75 |
| 000018 | Speedway SuperAmerica LLC | $ 938.92 | $ 0.00 | $ 50.33 |
| 000020 | Specialty Products & Insulation Co. | $ 18,463.53 | $ 0.00 | $ 989.82 |
| 000021 | Marlin Leasing | $ 25,014.88 | $ 0.00 | $ 1,341.03 |
| 000022 | West Suburban Bank | $ 1,812,968.71 | $ 0.00 | $ 97,191.62 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | Norman Mareci, CPA | $ 6,475.00 | $ 0.00 | $ 347.12 |
| 000025 | MBA Building Supplies | $ 58,612.21 | $ 0.00 | $ 3,142.15 |
| 000026 | Swanson Contracting Co Inc | $ 204,990.10 | $ 0.00 | $ 10,989.34 |
| 000028 | Avalon Petroleum Company | $ 12,401.59 | $ 0.00 | $ 664.83 |
| 000029 | Certainteed Gypsum | $ 167,699.53 | $ 0.00 | $ 8,990.22 |
| | Total to be paid to timely general unsecured creditors | | | $ 193,855.40 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
David R. Brown, Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

Case 10-15123   Doc 68   Filed 08/27/12   Entered 08/29/12 23:46:05   Desc Imaged
Certificate of Notice    Page 6 of 10

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-15123-DRC
Allied Drywall Materials and Management                               Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: gbeemster              Page 1 of 4                  Date Rcvd: Aug 27, 2012
                               Form ID: pdf006             Total Noticed: 136

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2012.
```
db            +Allied Drywall Materials and Management Corporatio,    1570 Hecht Court,    Bartlett, IL 60103-1691
15373785     #+AA Auto Glass,    735 North Yale,   Unit C,    Villa Park, IL 60181-1656
15373787      +ADP, Inc.,    5800 Windward Parkway MS-A321,    Alpharetta, GA 30005-8802
15373788       ADT,   P.O. Box 371967,    Pittsburgh, PA 15250-7967
15373795     #AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
15373794      +AT&T,   Bankruptcy Dept./Linda Adams,    6021 S. Rio Grande, 1st floor,    Orlando, FL 32809-4613
15373796      +AT&T Mobility,    P.O. Box 6428,    Carol Stream, IL 60197-6428
15373797      +ATG Credit, LLC,    1700 West Cortland,    Chicago, IL 60622-1166
15373786      +Abrams & Abrams, P.C.,    180 West Washington Street,    Suite 910,    Chicago, IL 60602-2316
15373789      +Advanced Fire Protection,    12955 West Smith Road,    Manhattan, IL 60442-9435
15373790      +Allied Properties, LLC,    1570 Hecht Court,    Bartlett, IL 60103-1691
15373791       Allied Properties/Hazel Crest LLC,    3225 West 176th Street,    Hazel Crest, IL 60429
15373792      +American Financial Management, Inc.,    3715 Ventura Drive,    Arlington Heights, IL 60004-7696
15373793      +Arrow Uniform,    6400 Monroe Boulevard,    Taylor, MI 48180-1899
15373798      +Atomic Transmissions,    100 East North Avenue,    Villa Park, IL 60181-1201
15373799       Avalon Petroleum Company,    7326 Eagle Way,    Chicago, IL 60678-1073
15373800      +Belmar Sprinkler Systems, Inc.,    2620 Bridge Lane,    Woodstock, IL 60098-6922
15373808      +CJC Auto Parts,    1819 West North Avenue,    Melrose Park, IL 60160-1297
15373802      +Cabs,    303 West Irving Park Road,    Roselle, IL 60172-1123
15373803      +Certainteed Gypsum,    4300 West Cypress Avenue,    Suite 500,    Tampa, FL 33607-4157
15373804       Chartis,    P.O. Box 409,    Parsippany, NJ 07054-0409
15373805      +Chicago Flameproof,    1200 South Lake Street,    Montgomery, IL 60538-1400
15373806       Citi Business Card,    P.O. Box 44180,    Jacksonville, FL 32231-4180
15373807       Citicards,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
15373809      +Clark Western,    501 Steward Road,    Rochelle, IL 61068-9304
15373813      +Computer for Business,    P.O. Box 610,    Prospect Heights, IL 60070-0610
15373814      +Contractors Accoustical Supply,    17254 West New Lennox Road,    Joliet, IL 60433-9758
15373816       Credit Mediators, Inc.,    P.O. Box 456,    Upper Darby, PA 19082-0456
15373818     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,     P.O. Box 5292,
               Carol Stream, IL 60197-5292)
15373825      +DNL Health Care Services,    2250 East Devon,    Suite 202,    Des Plaines, IL 60018-4509
15373817      +David J. Chroust,    Ice Miller, LLP,    2300 Cabot Drive, Suite 455,    Lisle, IL 60532-4613
15373819      +Dell, Inc.,    One Dell Way,    Round Rock, TX 78682-0001
15373821      +Diane Vasak,    125 North Somonauk Road,    Cortland, IL 60112-4145
15373822       Dietrich Industries,    1613 Solutions Center,    Chicago, IL 60677-1005
15373823       DirecTV,    P.O. Box 60036,    Los Angeles, CA 90060-0036
15373824      +Diversifoam Products,    9091 County Road 50,    Rockford, MN 55373-9514
15373827      +Empcor,    4633 South Knox,    Chicago, IL 60632-4805
15373828      +F.W. Diesel,    24253 Thorn Creek Lane,    Crete, IL 60417-9659
15373829       FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
15373830       Finkel, Martwick & Colson,    203 North LaSalle Street,    15th Floor,    Chicago, IL 60601-1293
15373831      +First Real Estate Services,    120 West Madison,    Suite 1200,    Chicago, IL 60602-4139
15373832      +Fry Reglet Corp.,    12342 Hawkins Street,    Santa Fe Springs, CA 90670-3367
15625513      +Georgia Pacific Gypsum LLC,    133 Peachtree Street NE,    P O Box 105605,    Atlanta, GA 30348-5605
15373833      +Georgia-Pacific Gypsum, LLC,    133 Peachtree Street NE,    Atlanta, GA 30303-1804
15373834       Giagnorio & Robertelli, Ltd.,    130 South Bloomingdale Road,    P.O. Box 726,
               Bloomingdale, IL 60108-0726
15373835      +Globalcom,    200 East Randolph Street,    Suite 2300,    Chicago, IL 60601-6434
15373838       HSBC Business Solutions,    P.O. Box 5219,    Carol Stream, IL 60197-5219
15373837      +Home Depot,    P.O. Box 9121,    Des Moines, IA 50306-9121
15373839      +IDI,    1501 Scottsdale Court,    Elgin, IL 60123-9361
15373841     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Section, Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60606)
15373840      +Illinois Department of Employment,    Bankruptcy Unit, 3rd Floor,    401 South State Street,
               Chicago, IL 60605-1229
15919498      +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Ilinois  60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15373842      +Illinois Fire & Safety,    702 South Rohlwing Road,    Addison, IL 60101-4288
15373843       Illinois Teamsters Training Fund,    990 NE Frontage Road,    Suite 4,    Joliet, IL 60431-2764
15373844      +Industrial Cork,    848 Larch Avenue,    Elmhurst, IL 60126-1122
15373845      +J.D. Mueller,    16961 State Street,    South Holland, IL 60473-2832
15373847      +James M. Gross,    350 South First Street, #201,    Saint Charles, IL 60174-2804
15373848      +Jamie R. Wombacher,    Gummerson Rausch, et al.,    101 S. Benton St., Suite 201,
               Woodstock, IL 60098-3289
15373849      +Jeffrey White,    1222 Elm Street,    Saint Charles, IL 60174-4129
15373850      +John J. Toomey,    Arnold and Kadjan,    19 West Jackson Boulevard,    Chicago, IL 60604-3926
16514734      +Joseph J Walczak PC,    Avalon Petroleum Company,    14045 South 88th Avenue,
               Orland Park, IL 60462-4196
15373851      +Joseph J. Walczak, P.C.,    14045 South 88th Avenue,    Orland Park, IL 60462-4196
15373852      +Just Rite Accoustics,    1501 Estes Avenue,    Elk Grove Village, IL 60007-5407
15373853      +K. Hoving,    2351 Powis Road,    West Chicago, IL 60185-1013
15373854       Katten Muchin Rosenman,    525 West Monroe Street,    Chicago, IL 60661-3693
```

```
District/off: 0752-1           User: gbeemster            Page 2 of 4              Date Rcvd: Aug 27, 2012
                               Form ID: pdf006            Total Noticed: 136

15770217      +Katten Muchin Rosenman LLP,    525 W. Monroe Street,    Chicago, IL 60661-3693,
                Attn:  Joshua A. Gad-Harf
15373856      +LWI Supply,    1551 Crescent Lake Drive,    Montgomery, IL 60538-1213
15373861     #+MBA Building Supplies,    809 East Park Avenue,    Libertyville, IL 60048-2980
15373857      +Marino/Ware Industries,    400 Metuchen Road,    South Plainfield, NJ 07080-4807
15373858      +Mark Rosandich,    24860 South Klemme,    Crete, IL 60417-3622
15373859      +Marlin Leasing,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
15373860      +Matthew P. Taunt,    Charles J. Taunt & Associates,    700 East Maple Road, 2nd Floor,
                Birmingham, MI 48009-6359
15373862      +Menards,    330 North Randall Road,    Batavia, IL 60510-9218
15373863      +Merritt Credit Bureau,    549 West Randolph Street,    Chicago, IL 60661-2208
15373864      +Michael H. Traison,    Miller Canfield,    225 W. Washington, Suite 2600,    Chicago, IL 60606-3439
15373865      +Molenhouse Ent., Inc.,    P.O. Box 36,    Wheaton, IL 60187-0036
15373866      +National Gypsum Co.,    12955 West Smith Road,    Manhattan, IL 60442-9435
15373867      +Nexgen Building Supply,    160 Eisenhower North,    Lombard, IL 60148-5402
15373869      +Norman Mareci, CPA,    6438 South Cass Avenue,    Westmont, IL 60559-3184
15373870      +Northwest Building Supply,    21775 Weiland Avenue,    Prairie View, IL 60069-9737
15373872     #+Optimal Fire Protection,    361 Cleveland Avenue,    Aurora, IL 60506-5514
15373873      +Oswego Building Supply,    31 Commerce Drive,    Oswego, IL 60543-9305
15373874       Pacer Service Center,    P.O. Box 70951,    Charlotte, NC 28272-0951
15373875      +Padd Electrical,    22635 South State Street,    Steger, IL 60475-5551
15373876      +Parksite,    6982 Paysphere Circle,    Chicago, IL 60674-0001
15373877      +Petroleum Tech.,    8447 West 44th Place,    Lyons, IL 60534-1743
15373878      +Phillips Manufacturing Co.,    4949 South 30th Street,    Omaha, NE 68107-1553
15373879      +Piccione, Keeley & Associates, Ltd.,    122C South County Farm Road,    Wheaton, IL 60187-4594
15373880      +Prime Source Building,    1650 Leider Lane,    Buffalo Grove, IL 60089-6619
15751897      +Primesource Bldg Products Inc,    1321 Greenway Drive,    Irving, TX 75038-2504
15373881      +Ray’s Car Care,    16702 Kedzie Avenue,    Hazel Crest, IL 60429-1028
15373882      +Richard J. Jancasz,    Meltzer Purtill & Stelle LLC,    1515 E. Woodfield Road, Suite 250,
                Schaumburg, IL 60173-5431
15373883      +Runnion Equipment Co.,    7950 West 47th Street,    Lyons, IL 60534-1898
15373888      +SPI,    9885 Crescent Park Drive,    West Chester, OH 45069-3867
15373891      +STC Capital Bank,    460 South 1st Street,    Saint Charles, IL 60174-2806
15373884       Saint-Gobain,    1795 Baseline Road,    Grand Island, NY 14072-2010
15373885       Skyline Disposal,    66 Eastg 24th Street,    Chicago Heights, IL 60411
15373886      +Specialty Products & Insulation Co.,    1420 West Thorndale,    Itasca, IL 60143-1135
15373887      +Speedway SuperAmerica LLC,    P.O. Box 1590,    Springfield, OH 45501-1590
15373889      +Stanley Security,    Dept. CH 10651,    Palatine, IL 60055-0001
15373890       State Auto Insurance Co.,    P.O. Box 182738,    Columbus, OH 43218-2738
15373892      +Steve Gross,    2120 North Sheffield,    Chicago, IL 60614-7578
15373893      +Suburban Teamsters of Northern,    Illinois Fringe Benefit Funds,    John J Toomey Esq,
                203 N LaSalle Street Suite 1650,    Chicago, Illinois 60601-1257
15373894      +Swanson Contracting,    11701 South Mayfield Avenue,    Alsip, IL 60803-6008
15373897      +TM Tire Co.,    4201 Midlothian Turnpike,    Crestwood, IL 60445-2335
15373895      +Teamsters Local 673,    1050 West Roosevelt Road,    West Chicago, IL 60185-4801
15373896      +The Morton Group,    10320 Orland Parkway,    Orland Park, IL 60467-5658
15373899      +Tredroc Tire Service,    1150 Atlantic Drive,    West Chicago, IL 60185-5103
15373903      +United Lift Truck,    1100 South 25th Avenue,    Bellwood, IL 60104-2499
15373904       United States Gypsum,    550 West Adams Street,    Chicago, IL 60661-3676
15373905       Villa Park Office Equipment,    1120 North Villa Avenue,    Villa Park, IL 60181-1054
15373906       Village of Bartlett,    228 South Main Street,    Bartlett, IL 60103-4495
15373907      +Village of Hazelcrest,    3000 West 170th Place,    Hazel Crest, IL 60429-1129
15373908      +Village of Lombard,    255 East Wilson Avenue,    Lombard, IL 60148-3931
15751898      +Vipoe Inc,    DBA Villa Park Office Equipment,    1120 N Villa,    Villa Park, IL 60181-1054
15373909      +Walter Gross,    222 East Windsor,    Lombard, IL 60148-2332
15373910      +West & Sons Towing,    1821 West Fullerton,    Addison, IL 60101-1475
15373911      +West Suburban Bank,    Ms Gina B Krol,    105 W Madison Street Ste 1100,    Chicago, IL 60602-4600
15373912      +Windy City Truck Repair,    61 South Mitchell Court,    Addison, IL 60101-1416
15373913       Woolf Distributing Company, Inc.,    8550 Ridgefield Road,    Crystal Lake, IL 60012-2802
15373914      +Zoepaz, Inc.,    444 East Roosevelt Road,    Suite 268,    Lombard, IL 60148-4630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15373801      +E-mail/Text: KATHYL@BESTSUPPLY.COM Aug 28 2012 02:08:48      Best Supply,    1510 Lunt Avenue,
                Elk Grove Village, IL 60007-5622
15373811       E-mail/Text: legalcollections@comed.com Aug 28 2012 02:06:23       ComEd,    P.O. Box 6111,
                Carol Stream, IL 60197-6111
15373810      +E-mail/Text: legalcollections@comed.com Aug 28 2012 02:06:23       ComEd,
                System Credit/Bankruptcy Dept.,    2100 Swift Drive,    Oak Brook, IL 60523-1559
15826142      +E-mail/Text: legalcollections@comed.com Aug 28 2012 02:06:23       Commonwealth Edison Co,
                3 Lincoln Center,    Attn Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
15373815      +E-mail/Text: sboren@cacliens.com Aug 28 2012 02:31:58      Contractors Adj. Co.,
                570 Lake Cook Road,    Suite 305,    Deerfield, IL 60015-4952
15373820      +E-mail/Text: CustomerNoticesEast@dexknows.com Aug 28 2012 02:11:13       DEX,
                5000 College Boulevard,    Suite 201,    Overland Park, KS 66211-1793
15373845      +E-mail/Text: cio.bncmail@irs.gov Aug 28 2012 01:37:28      Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
15373826      +E-mail/Text: collector@dupageco.org Aug 28 2012 02:29:55       DuPage County Collector,
                Gwen Henry, CPA, Co.,    421 North County Farm Road,    Wheaton, IL 60187-3978
16267968      +E-mail/Text: erankin@idimn.com Aug 28 2012 02:09:11      Insulation Distributors Inc,
                Attn: Eve M Rankin,    8303 Audubon Rd,    Chanhassen, MN 55317-9494
```

```
District/off: 0752-1           User: gbeemster            Page 3 of 4                  Date Rcvd: Aug 27, 2012
                               Form ID: pdf006            Total Noticed: 136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15373868       E-mail/Text: bankrup@nicor.com Aug 28 2012 01:43:37      Nicor Gas,   P.O. Box 2020,
               Aurora, IL 60507-2020
15373871      +E-mail/Text: tbyers@olysigns.com Aug 28 2012 02:09:00      Olympic Signs,   1130 North Garfield,
               Lombard, IL 60148-1336
16565594      +Fax: 202-326-4112 Aug 28 2012 03:16:25      Pension Benefit Guaranty Corporation,
               Attn Damarr M Butler,   1200 K Street N W Suite 340,   Washington, DC 20005-4030
15373900      +E-mail/Text: BILLD@TRIM-TEX.COM Aug 28 2012 02:07:29      Trim Tex, Inc.,   3700 West Pratt,
               Lincolnwood, IL 60712-2500
15373901       Fax: 866-419-3894 Aug 28 2012 03:06:26      U.S. Cellular,   P.O. Box 0203,
               Palatine, IL 60055-0203
15373902       Fax: 866-419-3894 Aug 28 2012 03:06:26      U.S. Cellular,   Dept. 0203,   Palatine, IL 60055-0203
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Thomas E. Springer
16542586*     Certainteed Gypsum,   4300 West Cypress Ave,   Suite 500,   Tampa, FL  33607-4157
16293566*     Globalcom,   200 East Randolph Street,   Suite 2300,   Chicago, IL  60601-6434
16444675*    +Swanson Contracting Co Inc,   11701 South Mayfield Avenue,   Alsip, IL 60803-6008
15373812    ##+Compass International,   501 Airpark Drive,   Fullerton, CA 92833-2501
15373836    ##+Green Glue Co.,   710 11th Avenue NE,   West Fargo, ND 58078-3505
15373855    ##+Lafarge North America, Inc.,   12950 Worldgate Drive,   Suite 400,   Herndon, VA 20170-6003
15373898    ##+Transworld Systems,   25 Northwest Point Boulevard #750,   Elk Grove Village, IL 60007-1058
                                                                                  TOTALS: 1, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2012**                          **Signature:**            *Joseph Speetjens*

```
District/off: 0752-1          User: gbeemster            Page 4 of 4             Date Rcvd: Aug 27, 2012
                              Form ID: pdf006            Total Noticed: 136
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2012 at the address(es) listed below:

        Charles S. Stahl, Jr.    on behalf of Debtor   Allied Drywall Materials and Management Corporation
         cstahl@smbtrials.com
        Damarr M Butler    on behalf of Creditor   Pension Benefit Guaranty Corporation (US Government
         Agency) butler.damarr@pbgc.gov,    efile@pbgc.gov
        David R Brown    on behalf of Trustee David Brown dbrown@springerbrown.com,
         marigonzo@springerbrown.com;jill@springerbrown.com
        David R Brown    dbrown@springerbrown.com,    dbrown@ecf.epiqsystems.com;jill@springerbrown.com
        Elizabeth A. Bates    on behalf of Trustee David Brown ebates@springerbrown.com
        Gina B Krol    on behalf of Creditor   West Suburban Bank gkrol@cohenandkrol.com,
         jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Joseph M Krettek    on behalf of Creditor   Pension Benefit Guaranty Corporation (US Government
         Agency) krettek.joseph@pbgc.gov,    efile@pbgc.gov
        Nicole K Fishkin    on behalf of Trustee David Brown nfishkin@otrlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas E Springer    on behalf of Trustee David Brown tspringer@springerbrown.com,
         jkrafcisin@springerbrown.com
                                                                                                     TOTAL: 10