# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ALLIED DRYWALL MATERIALS AND MANAGE | § | Case No. 10-15123 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  231,601.60 | Claims Discharged<br>Without Payment:  5,373,689.99 |
| Total Expenses of Administration:  76,524.33 | |

3) Total gross receipts of $ 308,125.93  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 308,125.93  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 3,575.52 | $ 3,575.52 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 76,524.33 | 76,524.33 | 76,524.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 52,414.23 | 52,414.23 | 37,703.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 5,560,411.50 | 5,560,411.50 | 193,898.48 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 5,692,925.58 | $ 5,692,925.58 | $ 308,125.93 |

4) This case was originally filed under chapter 7 on  04/06/2010 .  The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/16/2013                    By:/s/DAVID R. BROWN _____

                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| refunds | 1224-000 | 4,814.00 |
| Unit 1, 2007BMW M5, | 1229-000 | 35,000.00 |
| Unit #2, Infinity Q4, | 1229-000 | 1,900.00 |
| Unit #3, 1986 Ford LTS9000, | 1229-000 | 2,000.00 |
| Unit #4, 1995 Cedar Fall trailer, | 1229-000 | 1,450.00 |
| Unit #5, 2002 Sterling LT9513 | 1229-000 | 16,500.00 |
| Unit #6, 2007 Sterling LT9513 | 1229-000 | 47,000.00 |
| Unit #7, 1995 Ford Explorer | 1229-000 | 2,000.00 |
| Unit #8, 2007Sterling LT9513 | 1229-000 | 43,000.00 |
| Unit #9, 1995 Ford LTS9000 | 1229-000 | 6,000.00 |
| Unit #10, 2007 Great Lake Trailer | 1229-000 | 1,950.00 |
| Unit #11, 1995 Ford LTS9000 | 1229-000 | 6,000.00 |
| Unit #13, 1988 Chevy K2500 | 1229-000 | 1,000.00 |
| Unit #14, 2007 Great Lake trailer | 1229-000 | 1,750.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unit #18, 1979 Ford LNT9000, | 1229-000 | 1,800.00 |
| Unit #20, 2000 Sterling LT9513 | 1229-000 | 9,250.00 |
| Unit #21, 1994 Ford LTS9000 | 1229-000 | 5,000.00 |
| Unit #22, 1996 Chevy 3500 pickup truck | 1229-000 | 1,750.00 |
| Unit #23, 1987 LTS9000 | 1229-000 | 2,250.00 |
| Unit #24, 2000 Sterling LT9513 | 1229-000 | 10,500.00 |
| Unit #27, 1976 Ford LTS9000 | 1229-000 | 2,500.00 |
| Unit #28, 1987 Ford LTS9000 | 1229-000 | 2,500.00 |
| Unit #29, 1997 Ford LTS9000 | 1229-000 | 7,000.00 |
| Unit #30, 1987 Ford LTS9000, | 1229-000 | 2,400.00 |
| Untion #31, 1987 Cedar Fall trailer | 1229-000 | 1,600.00 |
| Unit #32, 1987 Cedar Fall trailer | 1229-000 | 1,400.00 |
| Unit #35 1988 Ford LTS9000 | 1229-000 | 2,500.00 |
| Unit #36 1988 Cedar Fall trailer | 1229-000 | 850.00 |
| Unite #37, 1988 Cedar Fall trailer | 1229-000 | 1,300.00 |
| Unit #38, 1989 Ford LTS9000 | 1229-000 | 4,500.00 |
| Unit #40, 1993 Cedar Fall trailer, | 1229-000 | 1,200.00 |
| unit #41, 1997 Ford LT9513 | 1229-000 | 8,500.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unit #43, 1997 Cedar Fall trailer | 1229-000 | 1,300.00 |
| Unite #44, 1998 Ford LT9513 | 1229-000 | 9,500.00 |
| Unit #46, 1996 Mack tractor | 1229-000 | 7,400.00 |
| Unit #47, 1998 Fruehauf trailer | 1229-000 | 3,800.00 |
| Unit #48, 2002 Sterling truck | 1229-000 | 19,000.00 |
| Unite #50, 2005 Sterling LT9513 | 1229-000 | 27,000.00 |
| Unit #6, 1997 Prentice TS-33 | 1229-000 | 1,300.00 |
| Unite #20, 2000 Prentice TS-33 | 1229-000 | 1,600.00 |
| POST-PETITION INTEREST DEPOSITS | 1270-000 | 61.93 |
| TOTAL GROSS RECEIPTS | | $308,125.93 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00014 | INSULATION DISTRIBUTORS INC | 4220-000 | NA | 3,575.52 | 3,575.52 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 3,575.52 | $ 3,575.52 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | 18,656.30 | 18,656.30 | 18,656.30 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 220.00 | 220.00 | 220.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 220.00 | 220.00 | 220.00 |
| UNION BANK | 2600-000 | NA | 673.57 | 673.57 | 673.57 |
| UNION BANK | 2600-000 | NA | 673.57 | 673.57 | 673.57 |
| UNION BANK | 2600-000 | NA | 671.12 | 671.12 | 671.12 |
| UNION BANK | 2600-000 | NA | 668.66 | 668.66 | 668.66 |
| UNION BANK | 2600-000 | NA | 668.66 | 668.66 | 668.66 |
| L DEPARTMENT OF EMPLOYMENT SECURIT | 2990-000 | NA | 1,327.38 | 1,327.38 | 1,327.38 |
| TREASURY, UNITED STATES | 2990-000 | NA | 118.39 | 118.39 | 118.39 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRINGER, BROWN | 3110-000 | NA | 10,548.00 | 10,548.00 | 10,548.00 |
| PRINGER, BROWN | 3120-000 | NA | 702.03 | 702.03 | 702.03 |
| ALAN D. LASKO & ASSOCIATES, .C. | 3410-000 | NA | 4,102.60 | 4,102.60 | 4,102.60 |
| ALAN D. LASKO & ASSOCIATES, .C. | 3410-000 | NA | 3,625.40 | 3,625.40 | 3,625.40 |
| ALAN D. LASKO & ASSOCIATES, .C. | 3420-000 | NA | 56.53 | 56.53 | 56.53 |
| ALAN D. LASKO & ASSOCIATES, .C. | 3420-000 | NA | 40.87 | 40.87 | 40.87 |
| MARTIN AUCTION SERV ICES, LC | 3610-000 | NA | 31,841.25 | 31,841.25 | 31,841.25 |
| MARTIN AUCTION SERV ICES, LC | 3620-000 | NA | 1,710.00 | 1,710.00 | 1,710.00 |
| OTAL CHAPTER 7 ADMIN. FEES ND CHARGES | | $ NA | $ 76,524.33 | $ 76,524.33 | $ 76,524.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A | NA | NA | NA | NA | NA |
| OTAL PRIOR CHAPTER ADMIN. EES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00013 | DIANE VASAK | 5300-000 | NA | 5,731.20 | 5,731.20 | 0.00 |
| 00016 | DIANE VASAK | 5300-000 | NA | 5,731.20 | 5,731.20 | 3,974.59 |
| AUTO | IRS2 | 5300-000 | NA | NA | 1,032.41 | 1,032.41 |
| AUTO | IRS2 | 5300-000 | NA | NA | 4,916.24 | 4,916.24 |
| AUTO | IRS2 | 5300-000 | NA | NA | 356.43 | 356.43 |
| 00027 | JEFFREY WHITE | 5300-000 | NA | 10,500.00 | 10,500.00 | 7,281.75 |
| 00023 | MARK ROSANDICH | 5300-000 | NA | 8,350.00 | 8,350.00 | 5,790.72 |
| AUTO | STATE WITHOLDING | 5300-000 | NA | NA | 1,229.06 | 1,229.06 |
| 00030 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 0.00 | 0.00 | 0.00 |
| 00031 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 0.00 | 0.00 | 0.00 |
| 00032 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 0.00 | 0.00 | 0.00 |
| 00033 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00019 | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| AUTO | IDES | 5800-000 | NA | NA | 1,327.38 | 0.00 |
| 00007B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 11,241.46 | 11,241.46 | 11,241.46 |
| AUTO | INTERNAL REVENUE SERVICE | 5800-000 | NA | NA | 118.39 | 0.00 |
| AUTO | IRS2 | 5800-000 | NA | NA | 1,524.03 | 1,524.03 |
| AUTO | IRS2 | 5800-000 | NA | NA | 356.43 | 356.43 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 52,414.23 | $ 52,414.23 | $ 37,703.12 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00029 | CERTAINTEED GYPSUM | 7100-000 | NA | 167,699.53 | 167,699.53 | 8,991.82 |
| 00006 | COMMONWEALTH EDISON CO | 7100-000 | NA | 2,528.44 | 2,528.44 | 135.57 |
| 00012 | CONTRACTORS ADJ. CO. | 7100-000 | NA | 4,723.00 | 4,723.00 | 253.24 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | GEORGIA PACIFIC GYPSUM LLC | 7100-000 | NA | 239,778.85 | 239,778.85 | 12,856.62 |
| 00017 | GLOBALCOM | 7100-000 | NA | 2,438.99 | 2,438.99 | 130.78 |
| 00007A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 160.00 | 160.00 | 8.58 |
| 00028 | JOSEPH J WALCZAK PC | 7100-000 | NA | 12,401.59 | 12,401.59 | 664.96 |
| 00005 | KATTEN MUCHIN ROSENMAN LLP | 7100-000 | NA | 8,246.62 | 8,246.62 | 442.17 |
| 00021 | MARLIN LEASING | 7100-000 | NA | 25,014.88 | 25,014.88 | 1,341.26 |
| 00025 | MBA BUILDING SUPPLIES | 7100-000 | NA | 58,612.21 | 58,612.21 | 3,142.71 |
| 00024 | NORMAN MARECI, CPA | 7100-000 | NA | 6,475.00 | 6,475.00 | 347.18 |
| 00009 | OLYMPIC SIGNS | 7100-000 | NA | 11,780.00 | 11,780.00 | 631.62 |
| 00010 | OSWEGO BUILDING SUPPLY | 7100-000 | NA | 3,260.32 | 3,260.32 | 174.81 |
| 00003 | PRIMESOURCE BLDG PRODUCTS INC | 7100-000 | NA | 8,663.32 | 8,663.32 | 464.52 |
| 00011 | RUNNION EQUIPMENT CO. | 7100-000 | NA | 1,146.15 | 1,146.15 | 61.46 |
| 00020 | SPECIALTY PRODUCTS & INSULATION CO. | 7100-000 | NA | 18,463.53 | 18,463.53 | 989.99 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00018 | SPEEDWAY SUPERAMERICA LLC | 7100-000 | NA | 938.92 | 938.92 | 50.34 |
| 00008 | SUBURBAN TEAMSTERS OF NORTHERN | 7100-000 | NA | 1,015,568.00 | 1,015,568.00 | 54,453.38 |
| 00026 | SWANSON CONTRACTING CO INC | 7100-000 | NA | 204,990.10 | 204,990.10 | 10,991.29 |
| 00015 | VILLAGE OF LOMBARD | 7100-000 | NA | 2,200.00 | 2,200.00 | 117.96 |
| 00004 | VIPOE INC | 7100-000 | NA | 8,193.04 | 8,193.04 | 439.30 |
| 00001 | WEST SUBURBAN BANK | 7100-000 | NA | 1,939,087.41 | 1,939,087.41 | 0.00 |
| 00022 | WEST SUBURBAN BANK | 7100-000 | NA | 1,812,968.71 | 1,812,968.71 | 97,208.92 |
| 4 | PICCIONE, KEELEY & ASSOCIATES, LTD. | 7200-000 | NA | 5,072.89 | 5,072.89 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 5,560,411.50 | $ 5,560,411.50 | $ 193,898.48 |

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.:    10-15123    DRC    Judge: DONALD R CASSLING
Case Name:   ALLIED DRYWALL MATERIALS AND MANAGE

For Period Ending: 08/03/12

Trustee Name:                        DAVID R. BROWN
Date Filed (f) or Converted (c):     04/06/10 (f)
341(a) Meeting Date:                 06/09/10
Claims Bar Date:                     12/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. refunds (u) miscellaneous refunds | 0.00 | 0.00 | | 4,814.00 | FA |
| 2. Very aged accounts receivable listed at book value 100% encumbered by security interest of West Suburban Bank | 180,554.31 | 180,554.31 | DA | 0.00 | FA |
| 3. Sales tax credit, Illinois Department of Revenue | 4,517.00 | 4,517.00 | | 0.00 | FA |
| 4. 2009 federal tax refund, United States Department of the Treasury | 1,169.00 | 1,169.00 | | 0.00 | FA |
| 5. Unit 1, 2007BMW M5, VIN WBSNB93527CX07730 Location :1570 Hecht Court, Bartlett, IL | Unknown | 0.00 | | 35,000.00 | FA |
| 6. Unit #2, Infinity Q4, VINJNRDR07Y41W107814 Location :1570 Hecht Court, Bartlett, IL | Unknown | 0.00 | | 1,900.00 | FA |
| 7. Unit #3, 1986 Ford LTS9000, VIN 1FDYY90W2GVA57801 Location :1570 Hecht Court, Bartlett, IL | Unknown | 0.00 | | 2,000.00 | FA |
| 8. Unit #4, 1995 Cedar Fall trailer, 1A9DP1422RM333177 Location :3225 W. 167th Street, Hazelcrest, IL | Unknown | 0.00 | | 1,450.00 | FA |
| 9. Unit #5, 2002 Sterling LT9513 VIN 2FZHAZA82AK16506 Location :3225 W. 167th Street, Hazelcrest, IL | Unknown | 0.00 | | 16,500.00 | FA |
| 10. Unit #6, 2007 Sterling LT9513 VIN 2FZHAZCV47AY02497 Location :1570 Hecht Court, Bartlett, IL | Unknown | 0.00 | | 47,000.00 | FA |
| 11. Unit #7, 1995 Ford Explorer | Unknown | 0.00 | | 2,000.00 | FA |

LF0RM1

Ver: 16.06d

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    2

Case No.      10-15123    DRC    Judge: DONALD R CASSLING
Case Name:    ALLIED DRYWALL MATERIALS AND MANAGE

Trustee Name:                          DAVID R. BROWN
Date Filed (f) or Converted (c):       04/06/10 (f)
341(a) Meeting Date:                   06/09/10
Claims Bar Date:                       12/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VIN 1FMDU34XXSUB71747 Location: 1570 Hecht Court, Bartlett, IL | | | | | |
| 12. Unit #8, 2007Sterling LT9513 VIN 2FZHAZCV67AY05498 Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 | | 43,000.00 | FA |
| 13. Unit #9, 1995 Ford LTS9000 VIN 1FDZ90L7SVA25512 Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 | | 6,000.00 | FA |
| 14. Unit #10, 2007 Great Lake Trailer VIN 1G8CH14297S139832 Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 | | 1,950.00 | FA |
| 15. Unit #11, 1995 Ford LTS9000 VIN 1FDZY9OL4SVA26643 Location: 3225 W. 167 Street, Hazel Crest, IL | Unknown | 0.00 | | 6,000.00 | FA |
| 16. Unit #13, 1988 Chevy K2500 VIN 1GCFK24KXJE130982 Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 | | 1,000.00 | FA |
| 17. Unit #14, 2007 Great Lake trailer VIN 1G9CH14207S139833 Location: 2335 W. 167th Street, Hazel Crest, IL | Unknown | 0.00 | | 1,750.00 | FA |
| 18. Unit #17, 2005 Great Lake trailer VIN 1G9CH14295S139522 Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 | | 0.00 | FA |
| 19. Unit #18, 1979 Ford LNT9000, VIN W90XVDK0271 Location: 222 East Windsor, Lombard, IL | Unknown | 0.00 | | 1,800.00 | FA |
| 20. Unit #20, 2000 Sterling LT9513 | Unknown | 0.00 | | 9,250.00 | FA |

Ver: 16.06d

LFORM1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Case No:    10-15123    DRC   Judge: DONALD R CASSLING
Case Name:  ALLIED DRYWALL MATERIALS AND MANAGE

Trustee Name:              DAVID R. BROWN
Date Filed (f) or Converted (c):  04/06/10 (f)
341(a) Meeting Date:       06/09/10
Claims Bar Date:           12/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VIN 2FZXEMOBOYAG17259 Location: 3225 W. 167th Street, Hazelcrest, IL | | | | | |
| 21. Unit #21, 1994 Ford LTS9000 VIN 1FDZ90L6RVA29397 Location: 1570 Hecht Court, Bartlett, IL. | Unknown | 0.00 | | 5,000.00 | FA |
| 22. Unit #22, 1996 Chevy 3500 pickup truck VIN 1GBJC34R2TE247876 Location: 1570 Hecht Court, Bartlett, IL. | Unknown | 0.00 | | 1,750.00 | FA |
| 23. Unit #23, 1987 LTS9000 VIN 1FDYY9oL5HVA60313 Location: 3225 W. 167th Street, Hazelcrest, IL. | Unknown | 0.00 | | 2,250.00 | FA |
| 24. Unit #24, 2000 Sterling LT9513 VIN 2FZXEMDB2YAG48609 Location: 1570 Hecht Court, Bartlett, IL. | Unknown | 0.00 | | 10,500.00 | FA |
| 25. Unit #27, 1976 Ford LTS9000 VIN 1FDYY90WGVA58702 Location: 1570 Hecht Court, Bartlett, IL. | Unknown | 0.00 | | 2,500.00 | FA |
| 26. Unit #28, 1987 Ford LTS9000 VIN 1FDYY90L2HVA09366 Location: 1570 Hecht Court, Bartlett, IL. | Unknown | 0.00 | | 2,500.00 | FA |
| 27. Unit #29, 1997 Ford LTS9000 VIN FDZY90L9VVA08960 Location: 1570 Hecht Court, Bartlett, IL. | Unknown | 0.00 | | 7,000.00 | FA |
| 28. Unit #30, 1987 Ford LTS9000, VIN 1FDYY90L7HVA60314 Location: 3225 W. 167th Street, Hazel Crest, IL. | Unknown | 0.00 | | 2,400.00 | FA |
| 29. Union #31, 1987 Cedar Fall trailer | Unknown | 0.00 | | 1,600.00 | FA |

LFORM1

Ver: 16.06d

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4

| Case No: | 10-15123   DRC   Judge: DONALD R CASSLING | Trustee Name: | DAVID R. BROWN |
| Case Name: | ALLIED DRYWALL MATERIALS AND MANAGE | Date Filed (f) or Converted (c): | 04/06/10 (f) |
| | | 341(a) Meeting Date: | 06/09/10 |
| | | Claims Bar Date: | 12/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VIN870947 Location: 3225 W 167th Street, Hazelcrest, IL | | | | | |
| 30. Unit #32, 1987 Cedar Fall trailer VIN870948 | Unknown | 0.00 | | 1,400.00 | FA |
| Location: 1570 Hecht Court, Bartlett IL. | | | | | |
| 31. Unit #35 1988 Ford LTS9000 VIN 1FDYY90L0JVA46454 | Unknown | 0.00 | | 2,500.00 | FA |
| Location: 3225 W. 167th Street, Hazelcrest, IL | | | | | |
| 32. Unit #36 1988 Cedar Fall trailer VIN 880660 | Unknown | 0.00 | | 850.00 | FA |
| Location: 1570 Hecht Court, Bartlett IL. | | | | | |
| 33. Unite #37, 1988 Cedar Fall trailer VIN 880659 | Unknown | 0.00 | | 1,300.00 | FA |
| Location: 3225 W. 167th Street, Hazelcrest, IL. | | | | | |
| 34. Unit #38, 1989 Ford LTS9000 VIN 1FDZY90L1KVA10780 | Unknown | 0.00 | | 4,500.00 | FA |
| Location 1570 Hecht Court, Bartlett IL. | | | | | |
| 35. Unit #39, 1989 Cedar Fall trailer VIN 890678 | Unknown | 0.00 | | 1,600.00 | FA |
| Location: 3225 W. 167th Street, Hazelcrest, IL | | | | | |
| 36. Unit #40, 1993 Cedar Fall trailer, VIN 9305115 | Unknown | 0.00 | | 1,200.00 | FA |
| Location: 1570 Hecht Court, Bartlett IL. | | | | | |
| 37. unit #41, 1997 Ford LT9513 VIN 1FDZS96P2VVA41648 | Unknown | 0.00 | | 8,500.00 | FA |
| Location: 1570 Hecht Court, Bartlett IL. | | | | | |
| 38. Unit #42, 1997 Cedar Fall trailer | Unknown | 0.00 | | 1,300.00 | FA |

Ver: 16.06d

LFORM1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 5

| Case No: | 10-15123   DRC   Judge: DONALD R CASSLING |
| Case Name: | ALLIED DRYWALL MATERIALS AND MANAGE |

| Trustee Name: | DAVID R. BROWN |
| Date Filed (f) or Converted (c): | 04/06/10 (f) |
| 341(a) Meeting Date: | 06/09/10 |
| Claims Bar Date: | 12/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| VIN 1P9MP1428VM299032<br>Location: 1570 Hecht Court, Bartlett, IL |  |  |  |  |  |
| 39 Unit #43, 1997 Cedar Fall trailer<br>VIN 1P9MP1428VM299033<br>Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 |  | 1,300.00 | FA |
| 40 Unite #44, 1998 Ford LT9513<br>VIN 1FD2S96P4WVA38686<br>Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 |  | 9,500.00 | FA |
| 41 Unit #46, 1996 Mack tractor<br>VIN 1M2AA13Y8TW068813<br>Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 |  | 7,400.00 | FA |
| 42 Unit #47, 1998 Fruehauf trailer<br>VIN 1JJF452F1WS466540<br>Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 |  | 3,800.00 | FA |
| 43 Unit #48, 2002 Sterling truck<br>VIN 2FZHAZA852AK18275<br>Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 |  | 19,000.00 | FA |
| 44 Unite #50, 2005 Sterling LT9513<br>VIN 2FZHAZCV65AN92353<br>Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 |  | 27,000.00 | FA |
| 45 Miscellaneous items of office furniture and<br>supplies, including desks, conference tables, filing cabinets and office<br>equpment located at the Bartlett and Hazelcrest locations | Unknown | 0.00 |  | 0.00 | FA |
| 46 Unit #6, 1997 Prentice TS-33<br>Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 |  | 0.00 | FA |
| 47 Unit #8, 1986 Prentice TS=33<br>Location: 1570 Hecht Court, Bartlett, IL | Unknown | 0.00 |  | 0.00 | FA |

LFORM1

Ver: 16.06d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 6

| Case No: | 10-15123   DRC   Judge: DONALD R CASSLING | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | ALLIED DRYWALL MATERIALS AND MANAGE | | Date Filed (f) or Converted (c): | 04/06/10 (f) |
| | | | 341(a) Meeting Date: | 06/09/10 |
| | | | Claims Bar Date: | 12/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 48  Unit #12, 1976 Hyster Fork Lift | Unknown | 0.00 | | 0.00 | FA |
| Location: 1570 Hecht Court, Bartlett, IL. | | | | | |
| 49  Unit #15, 1989 Hyster Fork Lift | Unknown | 0.00 | | 0.00 | FA |
| 50  Unit #19, 1979 Hyster Fork Lift | Unknown | 0.00 | | 0.00 | FA |
| 51  Unite #20, 2000 Prentice TS-33 | Unknown | 0.00 | | 0.00 | FA |
| Location: 1570 Hecht Court, Bartlett, IL. | | | | | |
| 52  Unite #24, 2000 Palfinger PW350 | Unknown | 0.00 | | 0.00 | FA |
| Location: 1570 Hecht Court, Bartlett, IL. | | | | | |
| 53  Unite #25, 1973 Hyster Fork Lift | Unknown | 0.00 | | 0.00 | FA |
| Location: 1570 Hecht Court, Bartlett, IL. | | | | | |
| 54  Unit #26, 1963 Hyster Fork Lift | Unknown | 0.00 | | 0.00 | FA |
| Location: 1570 Hecht Court, Bartlett, IL. | | | | | |
| 55  Unit #33, 1994 Hyster Fok Lift | Unknown | 0.00 | | 0.00 | FA |
| Location: 1570 Hecht Court, Bartlett, IL. | | | | | |
| 56  Unit #44, 1998 Palfinger PW350 | Unknown | 0.00 | | 0.00 | FA |
| Location: 1570 Hecht Court, Bartlett, IL. | | | | | |
| 57  Unit #50, 2002 Palfinger PW360 | Unknown | 0.00 | | 0.00 | FA |
| Location: 1570 Hecht Court, Bartlett, IL. | | | | | |
| 58  A variety of shop and construction tools | 273,793.13 | 0.00 | DA | 0.00 | FA |
| 100% encumbered by security interest of West Suburban Bank | | | | | |
| 59  A large variety of miscellaneous items of | 273,793.13 | 273,793.13 | | 0.00 | FA |
| inventory locatd at the Bartlett, Hazelcrest and lombard locations; book value indicated | | | | | |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | 0.00 | | 61.93 | FA |

Gross Value of Remaining Assets

LF0RM1

Ver: 16.06d

Ver: 16.06d

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    7

| Case No: | 10-15123    DRC    Judge: DONALD R CASSLING | Trustee Name: | DAVID R. BROWN |
| Case Name: | ALLIED DRYWALL MATERIALS AND MANAGE | Date Filed (f) or Converted (c): | 04/06/10 (f) |
| | | 341(a) Meeting Date: | 06/09/10 |
| | | Claims Bar Date: | 12/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $733,826.57 | $460,033.44 | | $308,125.93 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaits determination of estimated claims filed by Pension Benefit Guaranty Corporation

Initial Projected Date of Final Report (TFR): 06/30/11      Current Projected Date of Final Report (TFR): 04/30/12

LFORM1

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 10-15123 -DRC
Case Name: ALLIED DRYWALL MATERIALS AND MANAGE
Taxpayer ID No: *******9178
For Period Ending: 08/03/12

Trustee Name: DAVID R. BROWN
Bank Name: Union Bank
Account Number / CD #: *******1374  Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/10 | 1 | United States Treasury | | 1224-000 | 1,169.00 | | 1,169.00 |
| 06/28/10 | 1 | United States Treasury Austin, Texas | | 1224-000 | 3,645.00 | | 4,814.00 |
| 06/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.02 | | 4,814.02 |
| 07/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.18 | | 4,814.20 |
| 08/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.19 | | 4,814.39 |
| 09/15/10 | * NOTE * | Martin Auction Services LLC Escrow Rob & Lucy Nord 9515 Texas Church Road Clinton, IL 61727 | * NOTE * Properties 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 39, 40, 41, 42, 43, 44, 46, 51 | 1229-000 | 303,250.00 | | 308,064.39 |
| 09/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 11.91 | | 308,076.30 |
| 10/01/10 | | Transfer to Acct #*******1390 | TRANSFER TO WRITE CHECKS | 9999-000 | | 33,551.25 | 274,525.05 |
| 10/29/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | 21.81 | | 274,546.86 |
| 11/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 12.78 | | 274,559.64 |
| 12/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 11.66 | | 274,571.30 |
| 01/31/11 | INT | Union Bank | Interest Rate 0.000 | 1270-000 | 3.38 | | 274,574.68 |
| 02/09/11 | | Transfer to Acct #*******1390 | TRANSFER TO WRITE CHECKS | 9999-000 | | 220.00 | 274,354.68 |
| 10/19/11 | | Union Bank | bank charge | 2600-000 | | 673.57 | 273,681.11 |
| 11/10/11 | | UNION BANK | bank service charge | 2600-000 | | 673.57 | 273,007.54 |
| 12/19/11 | | UNION BANK | Bank Charges | 2600-000 | | 671.12 | 272,336.42 |
| 01/17/12 | | Union Bank | Bank Charges | 2600-000 | | 668.66 | 271,667.76 |
| 01/18/12 | | Transfer to Acct #*******1390 | TRANSFER TO WRITE CHECKS | 9999-000 | | 3,666.27 | 268,001.49 |
| 01/25/12 | | Union Bank | Bank Charges | 2600-000 | | 668.66 | 267,332.83 |
| 02/03/12 | | Transfer to Acct #*******3556 | Bank Funds Transfer | 9999-000 | | 267,332.83 | 0.00 |
| | | | Page Subtotals | | 308,125.93 | 308,125.93 | 308,125.93 |

Ver. 16.06d

LF08M24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

| Case No. | 10-15123 -DRC |
| Case Name: | ALLIED DRYWALL MATERIALS AND MANAGE |

| Taxpayer ID No: | *******9178 |
| For Period Ending: | 08/03/12 |

| Trustee Name: | DAVID R. BROWN |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******1374  Money Market Account (Interest Earn |

| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 308,125.93 | 308,125.93 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 304,770.35 | |
| | | | Subtotal | | 308,125.93 | 3,355.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 308,125.93 | 3,355.58 | |

| | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.06d

LFORM24

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 10-15123 -DRC | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | ALLIED DRYWALL MATERIALS AND MANAGE | Bank Name: | Union Bank |
| Taxpayer ID No: | *******9178 | Account Number / CD #: | *******1390  Checking Account |
| For Period Ending: | 08/03/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/10 | | Transfer from Acct #*******1374 | TRANSFER TO WRITE CHECKS | 9999-000 | 33,551.25 | | 33,551.25 |
| 10/01/10 | 000101 | MARTIN AUCTION SERV ICES, LLC<br>9515 Texas Church Road<br>Clinton, IL 61727 | Commission and Expenses for Auction | | | 33,551.25 | 0.00 |
| | | | Fees            31,841.25 | 3610-000 | | | |
| | | | Expenses     1,710.00 | 3620-000 | | | |
| 02/09/11 | | Transfer from Acct #*******1374 | TRANSFER TO WRITE CHECKS | 9999-000 | 220.00 | | 220.00 |
| 02/09/11 | 000102 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond 016026455 | 2300-000 | | 220.00 | 0.00 |
| 01/18/12 | | Transfer from Acct #*******1374 | TRANSFER TO WRITE CHECKS | 9999-000 | 3,666.27 | | 3,666.27 |
| 01/18/12 | 000103 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, IL 60603 | Interim Compensation<br>Per Order of 1/13/12 | | | 3,666.27 | 0.00 |
| | | | Fees            3,625.40 | 3410-000 | | | |
| | | | Expenses     40.87 | 3420-000 | | | |

| | | Page Subtotals | 37,437.52 | 37,437.52 |
|---|---|---|---|---|

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | | 37,437.52 | 37,437.52 |
| Less: Bank Transfers/CDs | | | 37,437.52 | 0.00 |
| Subtotal | | | 0.00 | 37,437.52 |
| Less: Payments to Debtors | | | 0.00 | 0.00 |
| Net | | | 0.00 | 37,437.52 |

LFORM24

Ver. 16.06d

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 10-15123 -DRC | Trustee Name: | DAVID R. BROWN |
| Case Name: | ALLIED DRYWALL MATERIALS AND MANAGE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3556  Checking Account |
| Taxpayer ID No: | *******9178 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 08/03/12 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/12 | | Transfer from Acct #*******1374 | Bank Funds Transfer | 9999-000 | 267,332.83 | | 267,332.83 |
| 02/10/12 | 001001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | 220.00 | 267,112.83 |

| | | | COLUMN TOTALS | | 267,332.83 | 220.00 | 267,112.83 |
| | | | Less   Bank Transfers/CD's | | 267,332.83 | 0.00 | |
| | | | Subtotal | | 0.00 | 220.00 | |
| | | | Less   Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 220.00 | |

| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Money Market Account (Interest Earn - *******1374 | | 308,125.93 | 3,355.58 | 0.00 |
| | | | Checking Account - *******1390 | | 0.00 | 37,437.52 | 0.00 |
| | | | Checking Account - *******3556 | | 0.00 | 220.00 | 267,112.83 |
| | | | | | 308,125.93 | 41,013.10 | 267,112.83 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | | 267,332.83 | 220.00 | |

Ver: 16.06d

LFORM24